KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

MARK L. KROTOSKI (CSBN 138549)
Assistant United States Attorney

　150 Almaden Avenue, Suite 900
San Jose, California 95113
Telephone: (408) 535-5035
FAX: (408) 535-5081

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 2/6/06*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 05-00445-RMW |
| 　　　　Plaintiff, ) | |
| v. ) | STIPULATION TO CONTINUE SENTENCING HEARING AND ORDER |
| WILLIAM VEYNA, ) | |
| 　aka guyzzz, aka _-_-_, aka 1010101, ) | |
| 　aka 5555, aka i_love_dact, aka 8675309, ) | |
| 　　　　Defendant. ) | |

It is hereby stipulated and agreed between defendant William Veyna, by and through his

counsel of record, David Kenner, Esq., and the United States, by and through Assistant United

States Attorney Mark L. Krotoski, as follows:

　1.　This matter is presently set for a sentencing hearing on February 27, 2006 at 9:00 a.m.

　2.　The Probation Officer has indicated that further time is needed to address sentencing

issues, including the amount of loss.

　3.　The parties do not oppose this request for further time to prepare the Presentence Report..

1   For the foregoing reasons, and that the ends of justice are served by continuing this case, the

2   parties stipulate and request to a continuance of the sentencing hearing from February 27, 2006 at

3   9:00 a.m. to May 8, 2006 at 9:00 a.m., or the next available date.

4   IT IS SO STIPULATED.

5   Dated: January 25, 2006                          KEVIN V. RYAN
                                                     United States Attorney
6

7                                                         /S/

8                                                    _____
                                                     MARK L. KROTOSKI
                                                     Assistant United States Attorney
9

10  Dated: January 25, 2006                                /S/

11                                                   _____
                                                     DAVID KENNER
                                                     Attorney for Defendant
12

13  IT IS SO ORDERED.

14  Upon good cause shown, the sentencing hearing is continued from February 27, 2006 at 9:00

15  a.m. to May 8, 2006 at 9:00 a.m.

16  Dated: Feb.   6 , 2006

17                                                      /s/ Ronald M. Whyte
                                                     _____
18                                                   RONALD M. WHYTE
                                                     United States District Judge

19

20  Distribute To:

21  David Kenner, Esq.
    16000 Ventura Boulevard, Suite 1208
22  Encino, CA 91436-1851
    FAX:  (818) 475-5369

23  Mark L. Krotoski
24  AUSA
    150 Almaden Boulevard, Suite 900
25  San Jose, CA 95113

26  Jack Roberson
    U.S. Probation Officer
27  280 South First Street
    San Jose, CA 95113

28