```
KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

MARK L. KROTOSKI (CSBN 138549)
Assistant United States Attorney

   150 Almaden Avenue, Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5035
   FAX: (408) 535-5081

Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 5/10/06*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>WILLIAM VEYNA,<br>  aka guyzzz, aka _-_-_, aka 1010101,<br>  aka 5555, aka i_love_dact, aka 8675309,<br><br>  Defendant. | No. CR 05-00445-RMW<br><br>STIPULATION TO CONTINUE SENTENCING HEARING AND ORDER |

It is hereby stipulated and agreed between defendant William Veyna, by and through his counsel of record, David Kenner, Esq., and the United States, by and through Assistant United States Attorney Mark L. Krotoski, as follows:

1. This matter is presently set for a sentencing hearing on May 8, 2006 at 9:00 a.m.

2. The Probation Officer has indicated that further time is needed to address sentencing issues, including the amount of loss. Additionally, the terms of the plea agreement continue to apply.

3. The parties do not oppose this request for further time to prepare the Presentence Report.

For the foregoing reasons, and that the ends of justice are served by continuing this case, the parties stipulate and request to a continuance of the sentencing hearing from May 8, 2006 at 9:00 a.m. to August 14, 2006 at 9:00 a.m., or the next available date.

IT IS SO STIPULATED.

Dated: April 27, 2006                    KEVIN V. RYAN
                                         United States Attorney


                                          /s/
                                         _____
                                         MARK L. KROTOSKI
                                         Assistant United States Attorney

Dated: April 26, 2006
                                          /s/
                                         _____
                                         DAVID KENNER
                                         Attorney for Defendant

IT IS SO ORDERED.

Upon good cause shown, the sentencing hearing is continued from May 8, 2006 at 9:00 a.m. to August 14, 2006 at 9:00 a.m.

Dated: May 10, 2006

                                          /s/ Ronald M. Whyte
                                         _____
                                         RONALD M. WHYTE
                                         United States District Judge

Distribute To:

David Kenner, Esq.
16000 Ventura Boulevard, Suite 1208
Encino, CA 91436-1851
FAX: (818) 475-5369

Mark L. Krotoski
AUSA
150 Almaden Boulevard, Suite 900
San Jose, CA 95113

Jack Roberson
U.S. Probation Officer
280 South First Street
San Jose, CA 95113