1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
3  EUMI L. CHOI (WVBN 0722)
   Chief, Criminal Division
4
   MARK L. KROTOSKI (CSBN 138549)
   Assistant United States Attorney
5
6     150 Almaden Avenue, Suite 900
      San Jose, California 95113
      Telephone: (408) 535-5035
7     FAX: (408) 535-5081

8  Attorneys for Plaintiff

9
                  UNITED STATES DISTRICT COURT
10
                 NORTHERN DISTRICT OF CALIFORNIA
11
                        SAN JOSE DIVISION
12
                                              *E-FILED - 5/24/06*
13

14 UNITED STATES OF AMERICA,        )    No. CR 05-00445-RMW
                                    )
15     Plaintiff,                   )
                                    )    STIPULATION TO CONTINUE
16     v.                           )    SENTENCING HEARING
                                    )    AND ORDER
17 WILLIAM VEYNA,                   )
       aka guyzzz, aka _-_-_, aka 1010101, )
18     aka 5555, aka i_love_dact, aka 8675309, )
                                    )
19     Defendant.                   )
                                    )
20

   It is hereby stipulated and agreed between defendant William Veyna, by and through his
21
   counsel of record, David Kenner, Esq., and the United States, by and through Assistant United
22
   States Attorney Mark L. Krotoski, as follows:
23
      1. This matter is presently set for a sentencing hearing on August 14, 2006 at 9:00 a.m.
24
      2. The parties agree that further time is needed to address sentencing issues and that the
25
   terms of the plea agreement continue to apply.
26
      For the foregoing reasons, and that the ends of justice are served by continuing this case, the
27
   parties stipulate and request to a continuance of the sentencing hearing from August 14, 2006 at
28

STIPULATION REQUESTING CONTINUANCE OF SENTENCING HEARING AND ORDER
CR 05-00445-RMW

1 | 9:00 a.m. to September 25, 2006 at 9:00 a.m., or the next available date.

2 |     IT IS SO STIPULATED.

3 | Dated: May __, 2006                          KEVIN V. RYAN
                                                 United States Attorney

                                                 _____
                                                 MARK L. KROTOSKI
                                                 Assistant United States Attorney

Dated: May __, 2006

                                                 _____
                                                 DAVID KENNER
                                                 Attorney for Defendant

    IT IS SO ORDERED.

    Upon good cause shown, the sentencing hearing is continued from August 14, 2006 at 9:00 a.m. to September 25, 2006 at 9:00 a.m.

Dated: May <u>24</u>. 2006

                                                 /s/ Ronald M. Whyte
                                                _____
                                                 RONALD M. WHYTE
                                                 United States District Judge

Distribute To:

David Kenner, Esq.
16000 Ventura Boulevard, Suite 1208
Encino, CA 91436-1851
FAX: (818) 475-5369

Mark L. Krotoski
AUSA
150 Almaden Boulevard, Suite 900
San Jose, CA 95113

Jack Roberson
U.S. Probation Officer
280 South First Street
San Jose, CA 95113