KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

150 Almaden Avenue, Suite 900
San Jose, California 95113
Telephone: (408) 535-5035
FAX: (408) 535-5081
E-Mail: Mark.Krotoski@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 9/22/06*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> WILLIAM VEYNA, ) <br>   aka guyzzz, aka _-_-_, aka 1010101, ) <br>   aka 5555, aka i_love_dact, aka 8675309, ) <br> ) <br> Defendant. ) <br> _____ ) | No. CR 05-00445-RMW <br><br> STIPULATION TO CONTINUE SENTENCING HEARING AND ORDER |

It is hereby stipulated and agreed between defendant William Veyna, by and through his counsel of record, David Kenner, Esq., and the United States, by and through Assistant United States Attorney Mark L. Krotoski, as follows:

1. This matter is presently set for a sentencing hearing on September 25, 2006 at 9:00 a.m.

2. The parties agree that further time is needed to address sentencing issues and that the terms of the plea agreement continue to apply.

3. For the foregoing reasons, and that the ends of justice are served by continuing this case, the parties stipulate and request to a continuance of the sentencing hearing from September 25, 2006 at 9:00 a.m. to November 13, 2006 at 9:00 a.m., or the next available date.

STIPULATION REQUESTING CONTINUANCE OF SENTENCING HEARING AND ORDER
CR 05-00445-RMW

1  IT IS SO STIPULATED.

2  Dated: September 14, 2006                         KEVIN V. RYAN
                                                    United States Attorney

3

4                                                   /s/
                                                    _____
5                                                   MARK L. KROTOSKI
                                                    Assistant United States Attorney
6

   Dated: September 14, 2006
7                                                   /s/
                                                    _____
8                                                   DAVID KENNER
                                                    Attorney for Defendant
9

10  IT IS SO ORDERED.

11  Upon good cause shown, the sentencing hearing is continued from September 25, 2006 at

    9:00 a.m. to November 13, 2006 at 9:00 a.m.
12
    Dated: September 22, 2006
13
                                                     /S/ RONALD M. WHYTE
                                                    _____
14                                                  RONALD M. WHYTE
                                                    United States District Judge
15
    Distribute To:
16
    David Kenner, Esq.
17  16000 Ventura Boulevard, Suite 1208
    Encino, CA 91436-1851
18  FAX: (818) 475-5369

19  Mark L. Krotoski
    AUSA
20  150 Almaden Boulevard, Suite 900
    San Jose, CA 95113
21
    Jack Roberson
22  U.S. Probation Officer
    280 South First Street
23  San Jose, CA 95113

24

25

26

27

28

STIPULATION REQUESTING CONTINUANCE OF SENTENCING HEARING AND ORDER
CR 05-00445-RMW                    Page 2 of 2