KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

150 Almaden Avenue, Suite 900
San Jose, California 95113
Telephone: (408) 535-5035
FAX: (408) 535-5081
E-Mail: Mark.Krotoski@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                 )<br>        Plaintiff,               )<br>                                 )<br>    v.                           )<br>                                 )<br> WILLIAM VEYNA,                  )<br>    aka guyzzz, aka _-_-_-_, aka 1010101,   )<br>    aka 5555, aka i_love_dact, aka 8675309, )<br>                                 )<br>        Defendant.               )<br> _____) | No. CR 05-00445-RMW<br><br>STIPULATION TO CONTINUE<br>SENTENCING HEARING |

    It is hereby stipulated and agreed between defendant William Veyna, by and through his counsel of record, David Kenner, Esq., and the United States, by and through Assistant United States Attorney Mark L. Krotoski, as follows:

    1.  This matter is presently set for a sentencing hearing on November 13, 2006 at 9:00 a.m.

    2.  The parties agree that further time is needed to address sentencing issues and that the terms of the plea agreement continue to apply.

    3.  For the foregoing reasons, and that the ends of justice are served by continuing this case, the parties stipulate and request to a continuance of the sentencing hearing from November 13,

STIPULATION REQUESTING CONTINUANCE OF SENTENCING HEARING AND [PROPOSED] ORDER
CR 05-00445-RMW

2006 at 9:00 a.m. to February 5, 2007 at 9:00 a.m., or the next available date.

    IT IS SO STIPULATED.

Dated: October __, 2006                        KEVIN V. RYAN
                                        United States Attorney

                                        _____
                                        MARK L. KROTOSKI
                                        Assistant United States Attorney

Dated: October __, 2006

                                        _____
                                        DAVID KENNER
                                        Attorney for Defendant

    IT IS SO ORDERED.

    Upon good cause shown, the sentencing hearing is continued from November 13, 2006 at 9:00 a.m. to February 5, 2007 at 9:00 a.m.

Dated: October 18, 2006

                                        /s/ Ronald M. Whyte
                                        _____
                                        RONALD M. WHYTE
                                        United States District Judge

Distribute To:

David Kenner, Esq.
16000 Ventura Boulevard, Suite 1208
Encino, CA 91436-1851
FAX: (818) 475-5369

Mark L. Krotoski
AUSA
150 Almaden Boulevard, Suite 900
San Jose, CA 95113

Joshua Sparks
U.S. Probation Officer
280 South First Street
San Jose, CA 95113