KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

150 Almaden Avenue, Suite 900
San Jose, California 95113
Telephone: (408) 535-5035
FAX: (408) 535-5081
E-Mail: Mark.Krotoski@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 1/18/07*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> WILLIAM VEYNA, ) <br>   aka guyzzz, aka _-_-_, aka 1010101, ) <br>   aka 5555, aka i_love_dact, aka 8675309, ) <br> ) <br> Defendant. ) <br> _____ ) | No. CR 05-00445-RMW <br><br> STIPULATION TO CONTINUE SENTENCING HEARING |

It is hereby stipulated and agreed between defendant William Veyna, by and through his counsel of record, David Kenner, Esq., and the United States, by and through Assistant United States Attorney Mark L. Krotoski, as follows:

1. This matter is presently set for a sentencing hearing on February 5, 2007 at 9:00 a.m.

2. The parties agree that further time is needed to address sentencing issues and that the terms of the plea agreement continue to apply.

3. For the foregoing reasons, and that the ends of justice are served by continuing this case, the parties stipulate and request to a continuance of the sentencing hearing from February 5,

1  2007 at 9:00 a.m. to March 19, 2007 at 9:00 a.m., or the next available date.

2       IT IS SO STIPULATED.

3  Dated: December 18, 2006                    KEVIN V. RYAN
                                               United States Attorney
4

5                                                    /s/
                                               _____
6                                              MARK L. KROTOSKI
                                               Assistant United States Attorney
7
   Dated:  December 26, 2006
8                                                    /s/
                                               _____
9                                              DAVID KENNER
                                               Attorney for Defendant
10
        IT IS SO ORDERED.
11
        Upon good cause shown, the sentencing hearing is continued from February 5, 2007 at 9:00
12
   a.m. to March 19, 2007 at 9:00 a.m.
13
   Dated: January 18, 2007
14
                                               *Ronald M. Whyte*
15                                             _____
                                               RONALD M. WHYTE
                                               United States District Judge
16
   Distribute To:
17
   David Kenner, Esq.
18 16000 Ventura Boulevard, Suite 1208
   Encino, CA 91436-1851
19 FAX:  (818) 475-5369

20 Mark L. Krotoski
   AUSA
21 150 Almaden Boulevard, Suite 900
   San Jose, CA 95113
22
   Joshua Sparks
23 U.S. Probation Officer
   280 South First Street
24 San Jose, CA 95113

25

26

27

28

STIPULATION REQUESTING CONTINUANCE OF SENTENCING HEARING AND  ORDER
CR 05-00445-RMW              Page 2 of  2