SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

150 Almaden Avenue, Suite 900
San Jose, California 95113
Telephone: (408) 535-5035
FAX: (408) 535-5081
E-Mail: Mark.Krotoski@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 4/26/07*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> WILLIAM VEYNA, ) <br>   aka guyzzz, aka _-_-_, aka 1010101, ) <br>   aka 5555, aka i_love_dact, aka 8675309, ) <br> ) <br> Defendant. ) <br> _____ ) | No. CR 05-00445-RMW <br><br> STIPULATION TO CONTINUE SENTENCING HEARING |

It is hereby stipulated and agreed between defendant William Veyna, by and through his counsel of record, David Kenner, Esq., and the United States, by and through Assistant United States Attorney Mark L. Krotoski, as follows:

1. This matter is presently set for a sentencing hearing on April 30, 2007 at 9:00 a.m.

2. The parties agree that further time is needed to address sentencing issues and that the terms of the plea agreement continue to apply.

3. For the foregoing reasons, and that the ends of justice are served by continuing this case, the parties stipulate and request to a continuance of the sentencing hearing from March 19, 2007

STIPULATION REQUESTING CONTINUANCE OF SENTENCING HEARING AND [] ORDER
CR 05-00445-RMW

1  at 9:00 a.m. to June 25, 2007 at 9:00 a.m., or the next available date.

2      IT IS SO STIPULATED.

3  Dated: <u>April 11, 2007</u>            SCOTT N. SCHOOLS
                                  United States Attorney

                                    /s/

                                _____
                                MARK L. KROTOSKI
                                Assistant United States Attorney

Dated: <u>April 11, 2007</u>

                                    /s/

                                _____
                                DAVID KENNER
                                Attorney for Defendant

    IT IS SO ORDERED.

    Upon good cause shown, the sentencing hearing is continued from April 30, 2007 at 9:00 a.m. to June 25, 2007 at 9:00 a.m.

Dated: April 26, 2007

*/s/ Ronald M. Whyte*
_____
RONALD M. WHYTE
United States District Judge

Distribute To:

David Kenner, Esq.
16000 Ventura Boulevard, Suite 1208
Encino, CA 91436-1851
FAX: (818) 475-5369

Mark L. Krotoski
AUSA
150 Almaden Boulevard, Suite 900
San Jose, CA 95113

Joshua Sparks
U.S. Probation Officer
280 South First Street
San Jose, CA 95113