KENNER LAW FIRM, APC
David E. Kenner, SBN 41425
16000 Ventura Boulevard, PH 1208
Encino, CA 91364
818 995 1195
818 475 5369 - fax

Attorneys for William Veyna

FILED
MAY 15 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WILLIAM VEYNA,<br>　　aka guyzzz, aka _-_-_-_,<br>aka 1010101,<br>　　aka 5555, aka i_love_dact,<br>aka 8675309,<br><br>　　　　Defendant. | CASE NO.: CR 05-00445-RMW<br><br>STIPULATION AND ORDER TO ALLOW WILLIAM VEYNA TO TRAVEL TO LAS VEGAS |

　　It is hereby stipulated and agreed between defendant William Veyna, by and through his counsel of record, David Kenner, Esq., and the United States, by and through Assistant United States Attorney Mark L. Krotoski, as follows:

　　1. William Veyna is allowed to travel to Las Vegas Nevada on May 17, 2007 and return on May 21, 2007.

　　IT IS SO STIPULATED.

Date: May 7, 2007　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　　　　　　Mark Krotoski

1

STIPULATION AND ORDER TO ALLOW WILLIAM VEYNA TO TRAVEL TO LAS VEGAS

1  Date: May 7, 2007                              _____/s/_____
2                                                 David Kenner
3
4       IT IS SO ORDERED.
5       WILLIAM VEYNA is allowed to travel to Las Vegas, Nevada on May
6  17, 2007 and return on May 21, 2007.
7
8
9
10 Date: 5-15-07
11                                                Honorable ~~Judge Whyte~~
                                                  RICHARD SEEBORG
12                                                AS Magistrate Judge
13
...
28