```
KENNER LAW FIRM, APC
David E. Kenner, SBN 41425
16000 Ventura Boulevard, PH 1208
Encino, CA 91364
818 995 1195
818 475 5369 – fax

Attorneys for William Veyna
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION    *E-FILED - 8/7/07*

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: CR 05-00445-RMW |
| Plaintiff, | STIPULATION AND ORDER TO ALLOW WILLIAM VEYNA TO TRAVEL TO SPOKANE WASHINGTON |
| v. | |
| WILLIAM VEYNA,<br>    aka guyzzz, aka _-_-_-_,<br>aka 1010101,<br>    aka 5555, aka i_love_dact,<br>aka 8675309, | |
| Defendant. | |

It is hereby stipulated and agreed between defendant William Veyna, by and through his counsel of record, David Kenner, Esq., and the United States, by and through Assistant United States Attorney Mark L. Krotoski, as follows:

1.  William Veyna is allowed to travel to Spokane Washington on August 9th, 2007 and return on August 13, 2007.

IT IS SO STIPULATED.

Date: July 23, 2007                          /s/ Mark Krotoski
                                             Mark Krotoski

1

STIPULATION AND ORDER TO ALLOW WILLIAM VEYNA TO TRAVEL TO SPOKANE WASHINGTON

```
 1  Date: July 23, 2007                    /s/ DAVID E. KENNER
 2                                         David Kenner
 3
 4         IT IS SO ORDERED.
 5         WILLIAM VEYNA is allowed to travel to Spokane, Washington on
 6  August 9th, 2007 and return on August 13th, 2007.
 7
 8
 9
10  Date: 8/7/07                           Ronald M. Whyte
11                                         Honorable Judge Whyte
```

2

**STIPULATION AND   ORDER TO ALLOW WILLIAM VEYNA TO TRAVEL TO SPOKANE WASHINGTON**

1                                        <u>PROOF OF SERVICE</u>

2

3 I am employed in the County of Los Angeles, State of California.  I

4 am over the age of 18 and not a party to the within action; my

5 business address is:

6

7 KENNER LAW FIRM, LLP

8 16000 Ventura Boulevard, PH 1208

9 Encino, CA 91364

10 818 995 1195

11 818 475 5369 – fax

12

13 On July 23, 2007, I served the foregoing document on interested

14 parties in this action by placing a true copy thereof enclosed in a

15 sealed envelope addressed as follows:

16

17 SEE ATTACHED SERVICE LIST

18

19 _____         Via personal service

20

21 \_\_x_____         BY MAIL - I deposited such envelope in the mail at

22                    Los Angeles County, California.  The envelope was

23                    mailed with postage thereon fully prepaid.

24

25 _____         I am "readily familiar" with the firm's practice of

26                    collection and processing correspondence for

27                    mailing.  Under that practice, it would be deposited

28

3

**STIPULATION AND  ORDER TO ALLOW WILLIAM VEYNA TO TRAVEL TO SPOKANE WASHINGTON**

```
                    with the U.S. Postal Service on that same day with
                    postage thereon fully prepaid at Los Angeles County,
                    California in the ordinary course of business.  I am
                    aware that on motion of the party served, service is
                    presumed invalid if postal cancellation date or
                    postage meter date is more than one day after date
                    of deposit for mailing in affidavit.


     EXECUTED under penalty of perjury this 23$^{rd}$ day of July, 2007,
at Encino, California.



                                   _____/s/_____
                                   David Kenner


LIST OF PARTIES SERVED
MARK L. KROTOSKI (CASBN 138549)
Assistant United States Attorney
150 Almaden Boulevard, Suite 900
San Jose, California  95113
Telephone: (408) 535-5035
Facsimile:     (408) 535-5066
```

4

**STIPULATION AND  ORDER TO ALLOW WILLIAM VEYNA TO TRAVEL TO SPOKANE WASHINGTON**