SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN STRETCH (CSBN 163973)
Chief, Criminal Division

MARK L. KROTOSKI (CASBN 138549)
Assistant U.S. Attorney

1301 New York Avenue, Suite 600
Washington, D.C.  20530-0016
Telephone: (202) 307-6389
Facsimile: (202) 514-6113
E-Mail: Mark.Krotoski@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 10/12/07*

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 05-00445-RMW |
| Plaintiff, | |
| v. | STIPULATION TO CONTINUE SENTENCING HEARING |
| WILLIAM VEYNA, aka guyzzz, aka \_-\_-\_-\_, aka 1010101, aka 5555, aka i_love_dact, aka 8675309, | *AND ORDER* |
| Defendant. | |

It is hereby stipulated and agreed between defendant William Veyna, by and through his counsel of record, David Kenner, Esq., and the United States, by and through Assistant United States Attorney Mark L. Krotoski, as follows:

1. This matter is presently set for a sentencing hearing on October 15, 2007 at 9:00 a.m.

2. The parties agree that further time is needed to address sentencing issues and that the terms of the plea agreement continue to apply.

3. For the foregoing reasons, and that the ends of justice are served by continuing this case,

STIPULATION REQUESTING CONTINUANCE OF SENTENCING HEARING AND [] ORDER
CR 05-00445-RMW

1  the parties stipulate and request to a continuance of the sentencing hearing from October 15,

2  2007 at 9:00 a.m. to December 17, 2007 at 9:00 a.m., or the next available date.

3     IT IS SO STIPULATED.

4  Dated: September __, 2007                SCOTT N. SCHOOLS
                                            United States Attorney

5

6

7                                           _____
                                            MARK L. KROTOSKI
                                            Assistant United States Attorney
8
   Dated: September __, 2007
9

10                                          _____
                                            DAVID KENNER
                                            Attorney for Defendant
11
      IT IS SO ORDERED.
12
      Upon good cause shown, the sentencing hearing is continued from October 15, 2007 at 9:00
13
   a.m. to December 17, 2007 at 9:00 a.m.
14
   Dated: October 12, 2007
15

16                                          /s/ Ronald M. Whyte
                                            _____
                                            RONALD M. WHYTE
17                                          United States District Judge

18
   Distribute To:
19
   David Kenner, Esq.
20 16000 Ventura Boulevard, Suite 1208
   Encino, CA 91436-1851
21 (818) 995-1195
   FAX: (818) 475-5369
22
   Mark L. Krotoski
23 AUSA
   Computer Crime and Intellectual Property Section
24 U.S. Department of Justice – Criminal Division
   1301 New York Avenue, Suite 600
25 Washington, D.C.  20530-0016

26 Joshua Sparks
   U.S. Probation Officer
27 280 South First Street
   San Jose, CA 95113
28