SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN STRETCH (CSBN 163973)
Chief, Criminal Division

MARK L. KROTOSKI (CASBN 138549)
Assistant U.S. Attorney

   1301 New York Avenue, Suite 600
   Washington, D.C.  20530-0016
   Telephone: (202) 307-6389
   Facsimile: (202) 514-6113
   E-Mail: Mark.Krotoski@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 12/13/07*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 05-00445-RMW |
|    Plaintiff, ) | |
| v. ) | STIPULATION TO CONTINUE SENTENCING HEARING |
| WILLIAM VEYNA, ) | AND ORDER |
|    aka guyzzz, aka _-_-_ , aka 1010101, ) | |
|    aka 5555, aka i_love_dact, aka 8675309, ) | |
|    Defendant. ) | |

   It is hereby stipulated and agreed between defendant William Veyna, by and through his counsel of record, David Kenner, Esq., and the United States, by and through Assistant United States Attorney Mark L. Krotoski, as follows:

   1. This matter is presently set for a sentencing hearing on December 17, 2007 at 9:00 a.m.

   2. The parties agree that further time is needed to address sentencing issues and that the terms of the plea agreement continue to apply.

   3. For the foregoing reasons, and that the ends of justice are served by continuing this case,

STIPULATION REQUESTING CONTINUANCE OF SENTENCING HEARING AND [] ORDER
CR 05-00445-RMW

1  the parties stipulate and request to a continuance of the sentencing hearing from December 17,
2  2007 at 9:00 a.m. to March 24, 2008 at 9:00 a.m., or the next available date.  Government
3  counsel requests permission to appear telephonically during the hearing.

4      IT IS SO STIPULATED.

5  Dated: December __, 2007        SCOTT N. SCHOOLS
                                          United States Attorney

                                          _____
8                                            MARK L. KROTOSKI
                                          Assistant United States Attorney

9  Dated: December 10, 2007

                                          /s/_____
11                                           DAVID KENNER
                                          Attorney for Defendant

13     IT IS SO ORDERED.

14     Upon good cause shown, the sentencing hearing is continued from December 17, 2007 at
15 9:00 a.m. to March 24, 2008 at 9:00 a.m.  Government counsel may appear telephonically during
16 the hearing.

Dated: December 13, 2007

                                          *Ronald M. Whyte*_____
                                          RONALD M. WHYTE
                                          United States District Judge

| | |
|---|---|
| 1 | |
| 2 | Distribute To: |
| 3 | David Kenner, Esq.<br>16000 Ventura Boulevard, Suite 500<br>Encino, CA 91436-1851 |
| 4 | (818) 995-1195<br>FAX: (818) 475-5369 |
| 5 | |
| 6 | Mark L. Krotoski<br>AUSA |
| 7 | Computer Crime and Intellectual Property Section<br>U.S. Department of Justice – Criminal Division<br>1301 New York Avenue, Suite 600 |
| 8 | Washington, D.C. 20530-0016 |
| 9 | Joshua Sparks<br>U.S. Probation Officer |
| 10 | 280 South First Street<br>San Jose, CA 95113 |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

STIPULATION REQUESTING CONTINUANCE OF SENTENCING HEARING AND [] ORDER
CR 05-00445-RMW                              Page 3 of 3